UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ECOLAB INC.<br><br>Plaintiff,<br><br>vs.<br><br>GATEWAY PROCLEAN, INC., A MISSOURI CORPORATION; PATRICK D. SALE, AN INDIVIDUAL; AND JOHN DOES 1-20,<br><br>Defendants. | Court File No. 00-CV-615 MJD/~~JGL~~ SRN<br><br>**STIPULATION TO TRANSFER DOMAIN NAME AND ORDER THEREON** |

## STIPULATION

This Stipulation is by and among Patrick D. Sale, an individual ("Sale"), and Gateway Proclean, Inc., a corporation ("Gateway", with Sale and Gateway referred to collectively as "Defendants"), and Ecolab Inc. ("Ecolab" or "Plaintiff"), through their respective undersigned counsel, made this 10th day of October, 2000.

WHEREAS, on or about February 15, 2000, Sale registered the Internet domain name "Ecolabsucks.com" (the "Domain") with Network Solutions, Inc. ("NSI"), thereby becoming the registrant/owner of the Domain; and

WHEREAS, on March 10, 2000, Ecolab filed a Complaint against Gateway Proclean, Inc., Patrick D. Sale and John Does 1-20, in United States District Court for the District of Minnesota, Court File No. 00-CV-615, alleging that, inter alia, Defendants violated the Anticybersquatting Consumer Protection Act and infringed Ecolab's trademark rights, and that registration/ownership of the Domain should be transferred to Ecolab; and

FILED OCT 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, on April 12, 2000, Ecolab deposited with this Court a Registrar Certificate prepared by NSI, wherein NSI identified Pat Slae (sic) as the current registrant/owner of the Domain;

WHEREAS, NSI has stated that upon deposit of the Registrar Certificate with this Court, NSI will not transfer or otherwise modify the registration/ownership interest in the Domain during the pendancy of this action, except upon Order of this Court;

**NOW, THEREFORE**, in consideration of the foregoing, the parties agree and stipulate that any and all title, right, and registration/ownership interest in the Internet domain name "Ecolabsucks.com" be transferred from Sale to Ecolab, and that NSI designate and recognize Ecolab as the current and sole registrant of the Domain.

Dated: October 10, 2000

Michael A. Gerritzen
GERRITZEN & GERRITZEN
One Mercantile Center, Suite 2505
St. Louis, MO 63101
Telephone: (314) 231-2786
ATTORNEYS FOR DEFENDANTS
PATRICK D. SALE AND
GATEWAY PROCLEAN, INC.

Dated: 10-16-2000

Jerry S. Podkopacz (#234436)
LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
ATTORNEYS FOR PLAINTIFF
ECOLAB INC.

x⊠⊠ Ecolab v. Gateway 00-615 (MJD/JGL)

## ORDER

Based upon the foregoing stipulation of the parties and upon the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that any and all title, right and registration/ownership interest in the domain name "Ecolabsucks.com" be transferred from Sale to Ecolab, and that NSI designate and recognize Ecolab as the current and sole registrant of the Domain.

Dated: 10 - 30, 2000.

Michael J. Davis, Judge
United States District Court