UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil 00-615 MJD/SRN

Ecolab Inc.,

Plaintiff,

v.

ORDER OF RECUSAL

Gateway Proclean Inc, a
Missouri corporation, et al.,

Defendant.

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: November 1, 2000.

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED NOV 01 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Please use

new case number

00-615 MJD/FLN