UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 00-CV-615 MJD/JGL

ECOLAB INC.,

Plaintiff,

vs.

GATEWAY PROCLEAN, INC., A MISSOURI CORPORATION; PATRICK D. SALE, AN INDIVIDUAL; AND JOHN DOES 1-20,

Defendants.

**STIPULATION OF DISMISSAL AND ORDER THEREON**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned counsel of record, that the above-entitled action, having been fully compromised and settled, may be dismissed on its merits and with prejudice, with each party to bear his or its own attorneys' fees and costs.

Dated: 2-15, 2001

Jerry S. Podkopacz (#234436)
LEONARD, STREET AND DEINARD PROFESSIONAL ASSOCIATION
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
ATTORNEY FOR PLAINTIFF ECOLAB INC.

FILED FEB 2 6 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD FEB 2 6 2001
DEPUTY CLERK

1976814v1

Dated: October 10, 2000

Michael A. Gerritzen
GERRITZEN & GERRITZEN
One Mercantile Center, Suite 2505
St. Louis, MO 63101
Telephone: (314) 231-2786
ATTORNEYS FOR DEFENDANTS
PATRICK D. SALE AND
GATEWAY PROCLEAN, INC.

**ORDER**

Based upon the foregoing stipulation of the parties and upon all the files, records and proceedings herein, and the Court being fully advised on the premises,

**IT IS HEREBY ORDERED** that the above-entitled action shall be, and hereby is, dismissed on its merits and with prejudice, with each party to bear his or its own attorneys' fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Feb. 26, ~~2000.~~ 2001

Michael J. Davis, Judge
United States District Court